JS-6/ENTER

FILED
SEP - 2 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ROBEY HAIRSTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JUDGE HUDSON, et al.,<br><br>　　　　　Respondents. | Case No. EDCV 10-1293-RGK (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: September 1, 2010.

_（signature: Gary Klausner）_
R. Gary Klausner
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP - 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY